NUMBER 13-00-775-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


RALPH MAGANA, INDIVIDUALLY AND 

D/B/A HABITAT CONSTRUCTION
, Appellant,


v.



MARIO R. ANZALDUA AND RUTH ANZALDUA
, Appellees.

____________________________________________________________________


On appeal from the County Court at Law No. 3


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Valdez and Justices Hinojosa and Yanez


Opinion Per Curiam


 Appellant, RALPH MAGANA, INDIVIDUALLY AND D/B/A HABITAT
CONSTRUCTION, perfected an appeal from a judgment entered by the
County Court at Law No. 3 of Hidalgo County, Texas, in cause number
CL-28,422-C. After the notice of appeal was filed, appellant filed a
motion to dismiss the appeal. Appellant requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 5th day of April, 2001.